BEFORE THE THIRD DIVISION, MARCH 22, 1967

**No. P67/73.**—B. Westergaard & Co., Inc. *v.* United States, protest 66/5875 (New York).

RICHARDSON, J.   In accordance with stipulation of counsel that the merchandise covered by the foregoing protest consists of potato starch similar in all material respects to that the subject of *R. U. Delapenha & Co., Inc.* v. *United States* (52 Cust. Ct. 267, Abstract 68309), the claim of the plaintiff was sustained.

BEFORE THE FIRST DIVISION, MARCH 23, 1967

(NOTE:   The following protests were decided by a special first division consisting of OLIVER, WATSON, and RAO, Judges.)

**No. P67/74.**—Morris Friedman *v.* United States, protests 58/7806, etc. (Philadelphia).

RAO, C. J.   In accordance with stipulation of counsel that the merchandise covered by the foregoing protests consists of rush bags or baskets similar in all material respects to those the subject of *Carson M. Simon & Co.* v. *United States* (55 Cust. Ct. 103, C.D. 2558), the claim of the plaintiff was sustained.

**No. P67/76.**—Henry A. Wess, Inc. *v.* United States, protest 64/16606 (Cleveland).

RAO, C. J.   In accordance with stipulation of counsel that the merchandise covered by the foregoing protest consists of rainwear similar in all material respects to that the subject of *United States* v. *Weather-Rite Sportswear Co., Inc.* (52 CCPA 7, C.A.D. 848), the claim of the plaintiff was sustained.